IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICKY R. WASCHER and PATRICIA B. WASCHER, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WISCONSIN – DEPARTMENT OF REVENUE, STATE OF WISCONSIN – TAX APPEALS COMMISSION, PATRICIA CLARK, CARRIE KLOSS, KEVIN BRANDT, MARY NELSON, MAIA PEARSON, BONNIE JORSTAD, JOHN DOE and JANE DOE, <br><br> Defendants. | Civ. No. 6:18-cv-01588-MC <br><br> JUDGMENT |

MCSHANE, Judge:

    As the Court lacks personal jurisdiction over the defendants, this action is DISMISSED.

IT IS SO ORDERED.

    DATED this 13th day of December, 2018.

                                                        /s/ Michael McShane
                                                         Michael J. McShane
                                                      United States District Judge

1 –JUDGMENT